UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　Plaintiff, )<br>)<br>)　　CASE NO. 07-16M<br>vs. )<br>)<br>**MYNOR RENE RUANO** )<br>)<br>　　　　Defendant. ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 30 day of January, 2007, ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Mary Pat Thynge
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc: Federal Public Defender
　　　First Federal Plaza, Suite# 110
　　　704 King Street
　　　Wilmington, DE  19801
　　　(302) 573-6010

　　　Defendant
　　　United States Attorney