AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

MYNOR RENE RUANO

## WARRANT FOR ARREST

CASE NUMBER: 07- 16M

**To:** The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MYNOR RENE RUANO when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging the Defendant with illegal re-entry

in violation of Title __8__ United States Code, Section (s) __1326(a)__

Honorable Mary Pat Thynge
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

January 30, 2007    Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
844 King St Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-30-07 | William David DUSM | William Dave |
| DATE OF ARREST 1-30-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
FEB - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE