UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

MYNOR RENE RUANO

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **07-16M-MPT**

I, **MYNOR RENE RUANO**, charged in a complaint pending in this District with **ILLEGAL RE-ENTRY AFTER DEPORTATION**, in violation of Title **8**, U.S.C., **1326(a)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

February 6, 2007



FILED
FEB 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE