IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 07- 15-UNA |
| ) | |
| MYNOR RENE RUANO, ) | |
| ) | REDACTED |
| Defendant ) | |
| ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about October 14, 2006, in the District of Delaware, MYNOR RENE RUANO, the defendant, an alien and subject of Guatemala, who had been removed from the United States on or about November 21, 2002, was found in the United States, and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

FILED   Dated: 2/6/2007

FEB 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE