IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  MYNOR RENE RUANO   CASE NO. CR 07-15-JJF

The defendant,  MYNOR RENE RUANO , having been scheduled for arraignment on FEBRUARY 15, 2007

a continuance having been requested by  DEFENSE COUNSEL

for the following reasons:  DUE TO SCHEDULING CONFLICTS

and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to    MARCH 1, 2007

( 2) The period between  FEB. 15, 2007  and  MARCH 1, 2007

shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 3/1/07



FILED
MAR 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE